UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELVIN GRACE,

        Plaintiff,

v.

JEWISH VOCATIONAL SERVICES,

        Defendant.
_____/

CASE NO. 12-14158

HON. MARIANNE O. BATTANI

### ORDER GRANTING MOTION TO DISMISS

Now before the Court is Plaintiff's Motion to Dismiss (Doc. No. 11). The Court has reviewed the pleadings and finds oral argument would not aid in the resolution of this motion. See E.D. Mich. LR LR 7.1(e)(2). Further, there is no answer filed to the complaint, and no objection to the motion. Plaintiff's motion is **GRANTED.**

        **IT IS SO ORDERED.**

        s/Marianne O. Battani
        MARIANNE O. BATTANI
        UNITED STATES DISTRICT JUDGE

Date: 1/23/2013

### CERTIFICATE OF SERVICE

A copy of this Order was mailed and/or electronically filed to Plaintiff and counsel of record on this date.

        s/Colette Motowski
        Secretary